UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| **JAMES JONES,**<br><br>　　　　Plaintiff<br><br>v.<br><br>**NAGLE & ZALLER, P.C., et al.**<br><br>　　　　Defendant. | Case No.   8:18-cv-03010-PWG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff James Jones, by and through the undersigned counsel, and Defendants Nagle & Zaller, P.C., Craig B. Zaller and Counsel of Unit Owners of Treetop Condominium, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rules Civil Procedure 41(a) to the dismissal of the above-referenced matter, including all claims, cross-claims and third-party claims, with prejudice.

Respectfully submitted,

_____
Stacey A. Moffet (Bar No. 23025)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: moffet@ewmd.com
*Attorney for Defendants Craig B. Zaller and Nagle & Zaller, P.C.*

_____
Matthew D. Skipper
Skipper Law, LLC
2110 Priest Bridge Drive, Suite 2
Crofton, Maryland 21114
*Attorney for Plaintiff James Jones*

_____
Robert M. Gittins (Bar No. 28240)
ECCLESTON & WOLF, P.C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474 (phone)
(410) 752-0611 (fax)
E-mail: gittins@ewmd.com
*Attorney for Treetop Condominium*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27 day of February, 2020, copies of the foregoing Stipulation of Dismissal with Prejudice were served by the Court's electronic filing system to:

        Matthew D. Skipper, Esq.
        Jeffrey A. Kahntroff, Esq.
        Skipper Law, LLC
        2110 Priest Bridge Drive, Suite 2
        Crofton, Maryland 21114
        *Attorneys for Plaintiff*

_____
Stacey A. Moffet